UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

NAATHON-RAY JOHNSON,

        Plaintiff,

        v.

COLVILLE CITY POLICE OFFICER RON MAXEY, et. al.,

        Defendants.

No. CV-08-391-FVS

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

**THIS MATTER** having come before the Court based upon the plaintiff's motion for a temporary restraining order or, in the alternative, a preliminary injunction; Now, therefore

**IT IS HEREBY ORDERED:**

The plaintiff's motion for a temporary restraining order or, in the alternative, a preliminary injunction (**Ct. Rec. 19**) is **denied** as moot as the property he seeks has been released to his representative.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to the plaintiff and to counsel for the defendants.

**DATED** this  23rd  day of September, 2009.

                        s/ Fred Van Sickle
                        Fred Van Sickle
        Senior United States District Judge

ORDER - 1