UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NAATHON-RAY JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, CITY OF COLVILLE; RONALD MAXEY, a Colville City Police Officer; DEPARTMENT OF CORRRECTIONS, an Agency of the State of Washington; TRAVIS HURST; TODD MOONEY; LISA LINDQUIST;<br><br>        Defendants. | ORDER CONSOLIDATING CASES<br><br>No.   CV-08-391-FVS<br>       CV-09-258-FVS |
| NAATHON-RAY JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON; DEPARTMENT OF CORRECTIONS; WASHINGTON STATE ATTORNEY GENERALS OFFICE; STEVENS COUNTY; CITY OF COLVILLE; BENTON COUNTY; TRAVIS HURST, Community Corrections Officer; TODD MOONEY, Community Corrections Officer; MIKE CURRAN, Community Corrections Officer; APRIL FLOWER, Community Corrections Officer; KAREN DANIELS, Secretary Assistant; CAROL NICKERSON, DOC Hearings Officer; KIMBERLY ALLEN, DOC Hearings Officer; JOANNA PRIDEAUX, DOC Hearings Officer; DENNIS MARSH, DOC Regional Appeals Panel Member; JILL SWANSON, DOC Regional Appeals Panel Member; STEVE MANARD, DOC Regional Appeals Panel Member; KATHY CAVANAUGH, DOC Regional Appeals Panel Member; SARA BROOKS, DOC Regional Appeals Panel Member, JIM ABITZ, DOC Regional Appeals Panel Member; JOHN G. WETHE, Stevens County Prosecuting Attorney; STEVENS COUNTY SUPERVISORY PROSECUTING ATTORNEY; STEVENS COUNTY SHERIFF'S DEPARTMENT; DEBBIE BRINSON, Stevens County Chemical Dependency Counselor; ROB MCKENNA, Washington State Attorney General; Ronald Moxey, City of Colville Police Officer; JANE AND JOHN DOES, Benton County Medical Personnel; BENTON COUNTY PROSECUTING ATTORNEY; BRIAN AGAR, Office of Financial Management, Claims Investigator;<br><br>        Defendants. | |

ORDER OF CONSOLIDATION - 1

**THIS MATTER** comes before the Court on its own motion for consolidation of the above-captioned cases.

**IT IS HEREBY ORDERED:**

1. Case Numbers CV-08-391-FVS and CV-09-258-FVS shall be **CONSOLIDATED** under **CV-08-391-FVS** for all further proceedings.

2. All future pleadings shall be filed in CV-08-391-FVS.

3. Case Number **CV-09-258-FVS shall be CLOSED** and this number shall not be included on any future pleading.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___29th___ day of January, 2010.

```
                    s/ Fred Van Sickle
                      Fred Van Sickle
            Senior United States District Judge
```

ORDER OF CONSOLIDATION - 2