AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NAATHON-RAY JOHNSON,

                Plaintiff,

v.

COLVILLE CITY POLICE OFFICER RON MAXEY, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-391-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment (Ct.Rec. 36) is Denied; Plaintiffs' Motion for Partial Summary Judgment (Ct.Rec. 40) is Denied; State Defendants' Motion for Summary Judgment (Ct. Rec. 68) is Granted; City Defendants' Motion for Summary Judgment is Granted.  Judgment is entered in favor the Defendants and against Plaintiff.

 

July 7, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson